UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.                                                                         Case No. 2:08-cr-41

GUILLERMO ESPANA-JARILLO,                          HON. R. ALLAN EDGAR

      Defendant(s).
_____/

ORDER OF DETENTION

      Defendant appeared before the undersigned on October 15, 2008, for purposes of arraignment on an indictment charging the defendant with Possession of Falsely Made Documents, in accordance with 18 U.S.C. § 1546(a).  At the hearing, the government indicated an immigration detainer had been placed on the defendant.  Accordingly, the defendant will be detained pending further proceedings.

      Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

        IT IS SO ORDERED.

                                      /s/ Timothy P. Greeley
                                      TIMOTHY P. GREELEY
                                      UNITED STATES MAGISTRATE JUDGE

Dated: October 17, 2008